**IT IS ORDERED as set forth below:**



**Date: September 6, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 18-20118-JRS |
| JAMES VINCENT CIELESZ,<br>      Debtor | CHAPTER 13 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>      Movant<br><br>v.<br><br>JAMES VINCENT CIELESZ,<br>      Debtor<br><br>NANCY J. WHALEY,<br>      Trustee<br><br>      Respondent | CONTESTED MATTER |

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

On July 9, 2018, Federal National Mortgage Association ("Movant") filed a Motion for Relief from Automatic Stay ("Motion") (Doc. No. 23) with respect to Debtor's real property

located at 3270 Chestatee Road, Gainesville, GA 30506 (the "Property"). A hearing was set for August 9, 2018. The Debtor and Movant have agreed and consented to entry of this Order allowing the conditional relief from the automatic stay pursuant to the agreement of the parties as set forth below:

1.      The Motion regarding the Property shall be denied, as the parties agree that the interest of Movant is adequately protected by their agreement on the facts and to payment and performance as more particularly set forth hereinafter:

2.      The parties agree that the post-petition arrearage from May 2018 through August 2018 totals $3,754.06, including 4 payments of $688.58 each, filing fee of $181.00, and $850.00 in reasonable attorney fees, less $31.26 in suspense.

3.      Debtor shall pay the arrearage as follows: Debtor shall pay the sum of $1,478.00 to Movant on or before August 31, 2018. Movant shall file an amended proof of claim to include $1,031.00 for attorney fees resulting from the Motion, and Debtor shall amend the Plan within 30 days of the entry of this Order to provide for these fees.  The remaining delinquent balance of $1,245.06 is to be paid in six (6) monthly payments, each in the amount of $207.51, which shall be due on the first of each month, beginning September 1, 2018. Debtor's regular monthly mortgage payments shall resume with the payment due September 1, 2018. Payments shall be mailed to the following address:

>   **Seterus**
>   **P.O. Box 54420**
>   **Los Angeles, CA 90054-0420**

or to such other address as Movant, its successors and/or assigns, may notify Debtor and Debtor's counsel in writing

4.      Otherwise, upon default by Debtor in the payment of any sum specified herein, or in any

regular monthly mortgage payments which come due according to Movant's Note and Deed for a period of twelve (12) from the date of entry of this order then, Movant may be permitted to recover and dispose of the Collateral pursuant to applicable state law only after submitting a Default Motion (as more particularly described below) and the entry of an Order Modifying the Automatic Stay of 11 U.S.C. Section 362 in the following manner:

(A) Counsel for Movant shall serve both Debtor and Debtor's Counsel of record with written notice of the specific facts of the default (the Default Notice); said notice may be contained in a letter but shall

  (1) state that Debtor may cure the default within ten (10) calendar days of receipt of said notice; and

  (2) shall specifically provide the correct street address for mailing or delivering such payment;

Pursuant to this Order, Debtor shall be presumed to have received the Default Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that

  (a) The Default Notice is properly addressed to Debtor at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-2(b)NDGA, unless Movant or Counsel for Movant receives notice in writing of a change in Debtor's address within a reasonable time prior to mailing of the Default Notice; and

  (b) The Default Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B) If Debtor fails to cure the default within 10 days of receipt of said written notice,

Counsel for Movant may present to the Court, after service on Debtor, Debtor's Counsel and Trustee:

(1) a Motion, which must contain allegations of the specific facts of default; provided, however that instead of alleging facts of the default in the motion (the averments of which are subject to Rule 9011), the Motion may be accompanied by an Affidavit from Movant setting forth the specific facts of the default;

(2) a copy of the Default Notice; and

(3) a proposed order (the motion, copy of the Default Notice and the proposed order are herein collectively referred to as the "Default Motion").

Upon presentation of said Default Motion, the Court may enter an Order modifying the automatic stay as to the property, without further notice or hearing.

From the foregoing stipulations and agreements, it is hereby

**ORDERED** that the parties' agreement set forth above is ***approved;*** moreover, if the stay is modified, then upon the completion of any foreclosure sale, any funds in excess of the lawful Claim of Movant shall be promptly remitted to Trustee for the benefit of the Estate. It is further

**ORDERED** that in the event Movant files a Default Motion for Relief, upon entry of an order lifting the stay, the Trustee shall cease funding Movant's proof of claim.

[END OF DOCUMENT]

Prepared and presented by:
/s/ Mallory Velten
Mallory Velten (GA Bar No. 726971)

Attorney for Movant
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
404-789-2661
gabkr@brockandscott.com

Consented to:

/s/ Susan H. Shiptenko          *(express permission received)*
Susan H. Shiptenko (GA Bar No. 374402)
Attorney for the Debtor
Matthew T. Berry and Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324

No Opposition:

/s/ Eric W. Roach          *(express permission received)*
Eric Roach (GA Bar No. 143194)
Staff Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
SunTrust Garden Plaza
Atlanta, GA 30303

# DISTRIBUTION LIST

James Vincent Cielesz
3270 Chestatee Rd
Gainesville, GA 30506

Matthew Thomas Berry
2751 Buford Highway
Suite 600
Atlanta, GA 30324

Kelly D. Thomas
Suite 600
2751 Buford Highway NE
Atlanta, GA 30324

Susan H. Shiptenko
2751 Buford Highway, Suite 600
Atlanta, GA 30324

Nancy J. Whaley
Standing Chapter 13 Trustee 303 Peachtree Center Avenue
Suite 120, SunTrust Garden Plaza
Atlanta, GA 30303

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341